UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE DISTRICT COURT FOR WARSZAWA-ŚRÓDMIEŚCIE IN WARSAW, POLAND IN THE MATTER OF BRONISŁAWA KUCINSKA | CASE NO. |

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purposes of obtaining documents from the New Jersey Department of Health, Office of Vital Statistics & Registry. Certain information has been requested by the District Court for Warszawa-Śródmieście in Warsaw, Poland ("Polish Court"), pursuant to a Letter of Request issued by the Polish Court in connection with a civil judicial proceeding captioned *Matter of Bronisława Kucińska,* Foreign Reference Number I NS 33/21.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: October 1, 2021 　　　　　　　　　　Respectfully submitted,

                                                RACHAEL A. HONIG
Acting United States Attorney

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division, United States Department of Justice

JEANNE E. DAVIDSON
Director, Office of International Judicial Assistance
Civil Division, United States Department of Justice

By:   /s/ Katerina Ossenova
KATERINA OSSENOVA
Senior Trial Counsel
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW
Room 8102
Washington, DC 20530
Telephone: 202-353-0194
Email: Katerina.V.Ossenova@usdoj.gov